**Nebraska Court of Appeals Memorandum Opinions**
**NOT Selected for Posting to Court Website**

**(released the week prior to October 26, 2021)**

The following memorandum opinions were filed by the Nebraska Court of Appeals and can be viewed using SSCALES:

| | |
|---|---|
| A-20-899 | Clement v. Saunders |
| A-21-042 | Chaffin v. Chaffin |
| A-21-196 | In re Interest of Starlynn F. et al. |
| A-21-302 | Rivera v. Ramirez-Franco |

The above-listed memorandum opinions can be viewed online through the appellate court case search available by subscription through Nebraska.gov: http://www.nebraska.gov/subscriber/.

Current subscribers to Nebraska.gov can search appellate court cases here: https://www.nebraska.gov/courts/sccales/.